# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES LEE JONES                                                                          PLAINTIFF

V.                                        NO: 5:10CV00051 HDY

CYNTHIA HUNTER *et al.*                                                              DEFENDANTS

## ORDER

On June 3, 2010, Plaintiff filed a motion seeking reconsideration of the Court's orders denying his motion for appointment of counsel and for injunctive relief (docket entry #44). Although more than 14 days have passed, Defendants have not responded. Defendants' response is necessary, and they are directed to file a response no later than 14 days after the entry of this order. Defendants' response should address Plaintiff's claims that he is currently not receiving any medication, and that he is not being taken for necessary appointments.

IT IS SO ORDERED this   6   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE