# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JAMES LEE JONES                                                                     PLAINTIFF

V.                              NO: 5:10CV00051 HDY

CYNTHIA HUNTER *et al.*                                        DEFENDANTS

## ORDER

On April 12, 2010, the Court entered an order denying Plaintiff's motion for appointment of counsel (docket entry #23). On May 24, 2010, the Court entered an order denying Plaintiff's motion for injunctive relief, in which he complained about problems with mail, and inadequate medical care at the W.C. Dub Brassell Detention Center (docket entry #42). Now pending is Plaintiff's motion seeking reconsideration of those orders (docket entry #44). Defendants have filed a response indicating that Plaintiff is no longer incarcerated at the detention center (docket entry #54).[1]

Plaintiff has not offered any reason to cause the Court to believe the decision denying appointed counsel should be modified, and now that he is no longer held at the Brassell Detention Center, his request for injunctive relief is moot. Accordingly, Plaintiff's motion (docket entry #44) is DENIED.

IT IS SO ORDERED this   26   day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 16, 2010, Plaintiff filed a notice that he was no longer held at the Brassell Detention Center, and advising the Court that he would update his address once he was "settled" (docket entry #53). Defendants' response indicates that Plaintiff is now at the Arkansas Department of Correction, but Plaintiff has yet to change his address of record.