**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JAMES LEE JONES                                                                          PLAINTIFF

V.                                           NO: 5:10CV00051 HDY

CYNTHIA HUNTER *et al.*                                                         DEFENDANTS

<u>**ORDER**</u>

      This case is scheduled for a Court trial on December 6, 2010, at 11:00 a.m. in Room #2B of

the Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas.  On November 24,

2010, the Court entered an order directing Defendants to ensure the attendance of Robert Phillips

and Terrance Potter, who were at the time believed to be held at the W.C. "Dub" Brassell Detention

Center.  However, counsel for Defendants has informed the Court that Phillips and Potter are now

inmates in the custody of the Arkansas Department of Correction ("ADC").  Phillips is at the

Diagnostic Unit, and Potter is at the Delta Regional Unit.  Accordingly, the ADC is directed to

ensure the attendance of Phillips and Potter at the trial.

      IT IS SO ORDERED this   29   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE